David Seror
Email: serortrustee@ecjlaw.com
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone (818) 827-9200
Facsimile (818) 936-0624
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>STEVEN FREEDMAN<br><br><br>Debtor. | Case No. 1:03-bk-13134-GM<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS (UNDER F.R.B.P. 3011) |

David Seror, the trustee of this bankruptcy estate submits this Notice of Unclaimed Dividends (Under F.R.B.P. 3011). Trustee hereby provides notice that after a distribution of funds in the above-captioned case one or more dividend payment(s) have been unclaimed and the unclaimed funds have been remitted to the Court in accordance with F.R.B.P. 3011. Attached hereto is the Notice of Unclaimed Dividends (Under F.R.B.P. 3011) indicating the name, address, corresponding claim number and amount of each unclaimed dividend.

Dated: June 24, 2011

_____
DAVID SEROR
Chapter 7 Trustee

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00006 | UNIVERSAL BANK N.A<br>EXCEPTION PAYMENT PROCESSING P O BOX<br>6305<br>THE LAKES, NV 88901-6305 | $11,234.14 | $4,166.30 |
| | | *Total Unclaimed Dividends:* | $4,166.30 |

BANK OF AMERICA, N.A.

TURNOVER OF UNCLAIMED DIVIDENDS

DAVID SEROR, CHAPTER 7 TRUSTEE
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

32-1/1110 TX 0

CHECK NUMBER: 1025

DATE: 06/27/11

AMOUNT: *******4,166.30

1910161
PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 03-13134    GM | Debtor: FREEDMAN, STEVEN |

UNITED STATES BANKRUPTCY COURT
21041 BURBANK BLVD
WOODLAND HILLS, CA 91367

Four Thousand One Hundred Sixty Six Dollars And 30/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001025⑆ ⑈111000121⑈ 3756010286⑆

---

| Date: 06/27/11 | Check Number: 1025 | Amount: 4,166.30 |
|---|---|---|

Case Number:  03-13134    GM
Debtor Name:  FREEDMAN, STEVEN
Tax ID:  75-6707613

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>21041 BURBANK BLVD<br>WOODLAND HILLS, CA 91367 | Trustee: | DAVID SEROR, CHAPTER 7 TRUSTEE<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA 91367 |
|---|---|---|---|

Description:  TURNOVER OF UNCLAIMED DIVIDENDS

Bank Account Number:  3756010286